Good morning. Mr. Galvan, you have 15 minutes to argue. You can take part of that time and speak after Mr. Graff speaks if you want to. You want to set aside some time to talk after Mr. Graff talks? Yes. How many minutes would you like to reserve? Five. Okay, so you can talk for 10 minutes now and then five minutes after Mr. Graff speaks. So please go ahead. Okay. Your Honorable, my argument is, hearing this from Attorney Arnold Graff, representing PHA's mortgage does not have the rights for motions to relieve the automatic stay on the bankruptcy case. For the mere recent facts that there is no authentic, valid, or accepted recordings of assignments of a mortgage by the Los Angeles County records. Secondarily, because there is no proof of claim filed by Attorney Arnold Graff for PHA's mortgage, the affidavits presented as the claim rights of the lien holders by PHA's mortgage is not a valid document that is certified, copied, signed by the clerk of county records. Dean C, Logan, and affidavit presented by attorneys Arnold Graff does not have the purple seal from the clerk of the county records, indicating that such documents is not juridically valid documents. By other means, we are working on a loan modification to see of all litigations, but PHA's mortgage has not come to terms in this regard. So I am here presenting my oral argument. Let me ask you one quick question, Mr. Galvan. Are you a borrower on this loan? No, no. Tell me how you're a borrower on this loan. I know you think you have an interest in the property, but are you a borrower on this loan? Because of my parents and because they've actually put me on there and they include me on this. That's up to the bank, isn't it, whether you're a borrower on the loan? The bank has sent me actual documents that they want to give me, yes. Okay, but that's not in the record, but go ahead. Okay, yeah, so that's what they want to, you know, that's the bank has offered me that. So we haven't come around to that. So I'm actually, you know, I'm actually willing to, you know, accept, you know, a modification at this point. But obviously, we've been having a hard time with all of this. My parents have been struggling with this for a very long time. And I would not like for them to have, you know, lose, lose this property for just some mere reason that it's not valid or it's not. It's not something that they would, they would, they would approve after such hard work that they, you know, they've done for what they've worked for so many long years that it would be, it would be very sad for them to actually lose a property like this. So that's why I'm involved. And that's why I'm, you know, kind of stepping it up for them. Plus, my parents are up there already, you know, they're already old. My mom, she's already gotten sick because of all of this. She's had a stroke a couple years ago, because of all of this. So my dad, I mean, he's not in very good conditions himself, but I needed to step up. So that's why I'm here, you know, going through all of this, trying to, you know, make the best of it, because I would not, I would not like to see them, you know, get in a very depressed mode or anything like that, because, you know, such a loss. So... You've talked about the loan here, and whether you're on the loan or whatever, but where in the record is there of anybody, your parents or you or somebody else, making the payments on the loan? Okay. Well, that's what we're, that's what we're trying to work on. We're trying to get that modification, you know, but for some reason, they're not, you know, they're not even trying to help us. They're not even trying to help us with any of that. So that's why I'm here arguing and wondering, how is it that we're, you know, that, why is it that so impossible to give me this, you know, this modification, when I keep arguing and I keep, you know, discussing the payment. And the fact that, you know, is it because there's no legal documentation, proof of this, or what's really going on? That's what I really want. That's why I'm here. So I'm here, you know, so I can get, you know, your help, your help from this and, you know, and end this, because this has been trailing too long. Well, let me, let me make a quick, let me make a quick distinction. I understand what you're saying. You'd love a loan mod, so would a lot of people. That wasn't the issue before the bankruptcy court. The issue before the bankruptcy court was, was there any reason why he shouldn't grant relief from stay and make it in rem, meaning it pertains to the property? And the record that the judge looked at was there had been no payment since 2009. There had been, I forget if it's seven or nine unauthorized transfers of the property. There had been seven or eight bankruptcies that had not been successful. And looking at it through the prism of a bankruptcy judge, it appeared to be abusive, and it appeared to be a scheme or device to hinder, delay creditors. I mean, that's the question in front of us. So you got to tell us why the judge was wrong in coming to that conclusion. Well, because of what I just presented, your honor, you know, documentation is what, you know, leads me to this. So I feel that, that Arnold, you know, representing PHS Morgan is, I mean, has nothing to really show for as far as documentation. So that's why I'm bringing this up. And I'm keep, I will keep arguing the same thing because, I mean, I'm still wondering why, why won't they give us, you know, modification if that's the case? Is it because they really don't have documentation to prove this? I mean, I can just keep going around in circles with this, but I mean, that's not the point. The point is that I'm just wondering why, why are we going through this? Why are we, why are we even arguing about this? And why have my parents been arguing about this for such a long time? I mean, they've been struggling with this for a long time. So I'm just, like I said, I'm just trying to, you know, do the right thing. And I hope, you know, everybody else will do the right thing as well. Because the fact that I feel that it might be a scheme, but I'm just trying to prove that point to see if that's, if that's the case, then you know what, let's, let's come to some terms and just, you know, let's, you know, do something about this. So being said that, I mean, that's the reason why I'm here. And I'm representing my parents as well. Because I mean, they're not able to do that themselves. They're not highly educated in this scene. I'm not as well. I mean, I do and I try my best. And, and I am doing what I best think that would be the best thing for my parents to do right now. So. So the government has thus far in the in the motion opposition, the opening brief, his reply brief, and now his opening has not yet addressed the actual reason for the motion being granted the actual basis for in rem relief being granted, which was the as Judge Lafferty said, which was the nine different bankruptcy case filings. It was the at least seven different unauthorized transfers of the property. It was the fact that in this particular case, after the motion to avoid lien was properly denied. At that point, an unauthorized transfer occurred from the borrower to the appellant, at which point he filed a baseless objection to claim. So there's a clear indication that this case was filed in bad faith and that it was part of many cases and many unauthorized transfers. And the purpose of that scheme was to continue to delay, hinder and defraud PHH from proceeding with its state law remedies. As been as was stated, this loan is now 13 years delinquent. There have been multiple adversary proceedings filed that have been dismissed that were unsuccessful. Many different appeals, including an appeal that was just denied a couple of months ago regarding the objection to claim. It seems clear that there is no doubt that there's a scheme here and that the that the bankruptcy court was well within its rights and found an abundance of evidence to conclude that in rem relief was warranted in this case. So there is no abuse of discretion. There was no abuse whatsoever in this particular case with respect to what the appellant said that there are no records in the motion for relief. It's clear both by declaration and by the document submitted that there is a clear chain of title and that there is a note in PHH's possession. So standing has been proven. The arguments, the state law arguments that are being made continue to be frivolous, continue to be baseless. And for that reason, we continue to find ourselves in bankruptcy court, which is the reason for the in rem relief motion. Again, with respect to argument, this borrower is not or sorry, the appellant is not a borrower. So if if the borrower were to modify the loan, that's one thing. And that that wouldn't prohibit her from doing that. But the interim order was still justified based on, as we said, the multiple transfers, the multiple bankruptcy case filings. And, you know, the interim order was warranted and it was granted. And there's been nothing said at this hearing or in the briefs that even address it or that substantively change that. So for that reason, you know, we would submit on the briefing and we would request that the appeal be denied. OK, thank you. All right, Mr. Galvin, back to you. I think you have about a little short of seven minutes, so please go ahead. Well, as far as. But Arnold stated, yes, there's been an ongoing bankruptcy situation and and the reason for some of this stuff has been because there's been numerous banks that been trying to keep the keep the property for whatever reasons. But they would never have there were never issue or even try to give us a loan or or something. If so, but but that's it's been like that for. Yeah, you can say 13 years, but it's been going on back and forth. So obviously it's clear that it is a scheme, you know, whoever's trying to, you know, keep the property and try to take over the property at one point has been paid off. But my parents have to read, read, read, I guess, remodify the loan that was given to a partner at the time to pay them off because they were in partnerships at the time. But, yes, it has been going on for a long time and there's been a lot. My parents have gone through so many different type of issues where my parents are involved in certain stuff that doesn't even pertain to any of them. It doesn't even have anything to do with my mom. My mom would be involved with other properties that wouldn't even have nothing to do with them. Like, how is it that, you know, but all of this? Yes, it is a scheme. I mean, that's the way I feel about it and that's the way I see it. So that's why I keep insisting and keep arguing about this, that, you know, where is the proof of all of this? So, you know, I'm asking for your help to really, you know, get this out there in the open and let's clear this up. And, you know, let's end this because it's been too long. It has been too long. And my parents, I mean, I don't think I would love for my parents to die. And and, you know, they see that this is not being taken care of, you know, because they're out there. So, I mean, it's just, I don't know, it's just been going on too long. It's just too long, too much. And and it's not the first time that we deal with one lawyer. It's been a couple of times that we have deal with other lawyers for the same reason. But for some reason, we're not, you know, we're not being heard. Nobody's listening to us. So that's why I'm here trying to see if we can get this squared away. So that's all I really have to say. All right. Thank you very much. We are listening to you. We may not end up agreeing with you, but we are listening to you. Thank you both sides for your argument. The matter is submitted. We'll be providing a written decision in due course. Thank you very much. Thank you.
judges: FARRIS, LAFFERTY, CORBIT